UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ROBERT NOLAND,

          Plaintiff,

   v.

AMAZON.COM SERVICES LLC,
AMAZON.COM INC,

          Defendants.

CASE NO. **2:26-cv-00912-KKE**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 2**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 2) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED 18th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 2 - 1