UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ROBERT NOLAND,

Plaintiff(s),

v.

AMAZON.COM SERVICES LLC, et al.,

Defendant(s).

CASE NO. C26-912-KKE

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The Court, having considered the Parties' stipulated motion (Dkt. No. 13), finds good cause and ORDERS that Defendants' deadline to answer or otherwise respond to the Amended Complaint is extended through and including June 25, 2026.

The parties are reminded that Local Civil Rule 7(b)(1) obligates a moving party to submit an editable version of the proposed order, in a format compatible with Microsoft Word, to chambers via email. Proposed orders should be emailed to evansonorders@wawd.uscourts.gov.

Dated this 22nd day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 1